**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

|   |   |
|---|---|
| RONALD LAMPARSKI, ) ) Plaintiff, ) ) vs. ) NO. 2:17-CV-258 ) GFS II, LLC d/b/a GATEWAY ) FINANCIAL SOLUTIONS, ) ) Defendant. ) | |

## OPINION AND ORDER

This matter is before the Court on Defendant GFS, II LLC's Partial Motion to Dismiss, filed August 31, 2017 (DE #16), and Plaintiff Ronald Lamparski's Motion to Dismiss Certain Claims, filed on October 11, 2017 (DE #24). For the reasons set forth below, both motions are **DENIED AS MOOT**. On December 1, 2017, Magistrate Judge Martin granted Plaintiff's motion to amend the complaint. (DE #29.) On December 8, 2017, Plaintiff filed an "Amended Complaint for Damages" (DE #30) in accordance with Federal Rule of Civil Procedure 15(a)(2), which allows for amendment with the court's leave.

An amended complaint becomes controlling once it is filed because the prior pleading is withdrawn by operation of law. *Johnson v. Dossey*, 515 F.3d 778, 780 (7th Cir. 2008); *see also Duda v. Bd. of Educ. of Franklin Park Pub. Sch. Dist. No. 84*, 133

F.3d 1054, 1057 (7th Cir. 1998).  Because the newly filed amended complaint supersedes the original complaint, the pending motions to dismiss are **DENIED AS MOOT**.

**DATED: December 15, 2017**         /s/ RUDY LOZANO, Judge
                                     **United States District Court**